DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER B. FARRELL,**
Appellant,

v.

**ALLYSON MANLEY MCBRIDE** and **JOHN MCBRIDE,**
Appellees.

No. 4D16-2307

[October 5, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 502015DR009084XXXXNB.

Nancy A. Hass of Nancy A. Hass, P.A., Hollywood, for appellant.

Allyson McBride and John McBride, Loxahatchee, pro se.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***